**Order entered August 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00194-CR
No. 05-13-00195-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**MICHAEL LEONARD, Appellee**

**On Appeal from the County Criminal Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. MB-12-58768, MB-12-58769**

## ORDER

In his July 22, 2013 second motion for extension of time to file appellee's brief, appellee requested an extension until July 28, 2013. Our records do not show appellee has tendered a brief. Accordingly, appellee's second motion for extension is **DENIED**.

We **ORDER** appellee to file his brief on or before **August 9, 2013**. If Appellee does not comply with this order, these appeals will be submitted without appellee's brief.

/s/     LANA MYERS
        JUSTICE